UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

HORTENCIA BACA SANCHEZ,

            Plaintiff,

vs.

WEST VALLEY R.E., LLC, *et al.*,

           Defendants.

Case No.: 2:24-cv-02335-GMN-BNW

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 12), from United States Magistrate Judge Brenda K. Weksler recommending that Plaintiff's case be dismissed without prejudice for failure to file an Amended Complaint by the deadline. (*See generally* R&R, ECF No. 12).

      A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's R&R where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

      No objections to the R&R were filed, and the deadline to do so has passed. (*See*

*generally* R&R) (setting a March 31, 2025, deadline for objections).

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 12), is **ACCEPTED and ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's case is **DISMISSED without prejudice**.

The Clerk of Court is kindly instructed to close the case.

Dated this __10__ day of April, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court